IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK SCOTT,

      Petitioner,                        No. CIV S-11-0756 GGH P

    vs.

SACRAMENTO SUPERIOR COURT,
et al.,

      Respondents.                 ORDER

          Petitioner, a county jail inmate proceeding pro se, has filed an application for a writ of habeas corpus (Doc. 1) on March 21, 2011, a first amended petition for writ of habeas corpus (Doc. 4) on April 4, 2011 and a civil rights complaint (Doc. 6) on April 14, 2011.

          Plaintiff can only proceed in this case with one action.  To the extent petitioner seeks to challenge a prior state court adjudication, he must proceed by way of an application pursuant to 28 U.S.C. § 2254.  "Challenges to the validity of any confinement or to particulars affecting its duration are the province of habeas corpus, Preiser v. Rodriguez, 411 U.S. 475, 500, 93 S.Ct. 1827, 36 L.Ed.2d 439 (1973)[.]"  Muhammad v. Close, 540 U.S. 749, 750, 124 S.Ct. 1303, 1304, 158 L.Ed.2d 32 (2004) (per curiam).  However, "requests for relief turning on circumstances of confinement may be presented in a § 1983 action."  Id.

1

1  The instant petitions are vague and incoherent and it is not entirely clear what
2  petitioner is challenging. It appears that petitioner's parole was revoked or he may be awaiting
3  trial on new charges. Regardless, the undersigned cannot be certain of what are the substantive
4  claims. Petitioner states his counsel is or was ineffective, but the exact nature of how counsel
5  was ineffective is not clear. The civil rights complaint also contains several claims that are not
6  related or maybe barred by the <u>Younger</u> abstention doctrine.

7  The petitions and civil rights complaint are dismissed. Plaintiff must file either an
8  amended complaint or an amended petition within 28 days of service of this order, at which point
9  the court will review the application to proceed in forma pauperis and plaintiff's amended filing.
10 If plaintiff continues to file multiple filings in this action that are unrelated, this case may be
11 dismissed.

12 In accordance with the above, IT IS HEREBY ORDERED that the petitions and
13 civil rights action are dismissed, but petitioner is granted leave to file either an amended petition
14 or amended complaint within twenty-eight days of the order. Failure to file an amended filing
15 will result in this action being dismissed.
16 DATED: April 22, 2011

   /s/ Gregory G. Hollows

   GREGORY G. HOLLOWS
   UNITED STATES MAGISTRATE JUDGE

20 GGH: AB
   scot0756.ord